O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN EUGENE SHERMAN-BEY,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MARSHALL, WARDEN, ET AL.,<br><br>Defendants. | CASE NO. CV 09-06494 RGK (RZ)<br><br>ORDER ACCEPTING FIRST INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the First Interim Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations in the First Interim Report.

DATED: July 8, 2011

*/s/ Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE