**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN EUGENE SHERMAN-BEY, </br></br>            Plaintiff, </br></br>     vs. </br></br> JOHN MARSHALL, WARDEN, ET AL., </br></br>            Defendants. | CASE NO. CV 09-06494 JGB (RZ) </br></br> ORDER ACCEPTING SECOND REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Second Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Second Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Second Report.

DATED: July 16, 2014

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE