**O**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DARREN EUGENE SHERMAN-BEY,  )          CASE NO. CV 09-06494 JGB (RZ)
                            )
                  Plaintiff,  )
                            )          JUDGMENT
        vs.                  )
                            )
JOHN MARSHALL, WARDEN, ET AL., )
                            )
                  Defendants.  )
                            )

Pursuant to the Court's Order Accepting the Second Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: July 16, 2014

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE